UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PASTA BAR BY SCOTTO II. LLC,<br><br>                             Debtor. | Chapter 11<br><br>Case No.: 15-12766-mg<br><br>**[PROPOSED] ORDER DISMISSING THE DEBTOR'S BANKRUPTCY PETITION**<br><br>**Hearing Date: November 19 2015**<br>**Oral Argument Requested** |

**THIS MATTER**, having been presented to the Court by Cox Padmore Skolnik & Shakarchy LLP, attorneys for 750 Food LLC, for the entry of an Order pursuant to 11 U.S.C. §1112(b), dismissing the Chapter 11 bankruptcy petition of the above-captioned Debtor and such other and further relief as is just and equitable (the "Motion"), and upon notice to all parties required to be served, and the Court having considered the Declaration of Hersel Torkian and the brief submitted in support of the Motion, and any opposition thereto, and for good cause shown;

IT IS ORDERED AS FOLLOWS:

1. The Motion be, and hereby is, granted.

2. The Debtor's Chapter 11 bankruptcy case be, and hereby is, dismissed effective as of the date of this Order.

Dated:  New York, New York
           November 5, 2015

                                                                          _____
                                                                          The Honorable Martin Glenn, U.S.B.J.